UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81364-CIV-CANNON/Reinhart

**RAFAEL FIS** and
**MARIA FIS**,

    Plaintiffs,

v.

**NEWREZ, LLC**,

    Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [ECF No. 15] AND CLOSING CASE**

**THIS CAUSE** comes before the Court upon Defendant NewRez, LLC's Motion to Dismiss Complaint (the "Motion") [ECF No. 8]. The Motion was referred to Magistrate Judge Bruce E. Reinhart for a report and recommendation [ECF No. 14]. In the Report, Judge Reinhart recommends dismissal of the case without prejudice for lack of Article III standing (the "Report") [ECF No. 15]. Both parties have filed Notices of Non-Objection to the Report [ECF No. 16 (Defendant); ECF No. 17 (Plaintiffs)].

To challenge the findings and recommendations of a magistrate judge, a party must file specific written objections identifying the portions of the proposed findings and recommendation to which objection is made. *See* Fed. R. Civ. P. 72(b)(3); *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989); *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). A district court reviews de novo those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1). To the extent a party fails to object to parts of the magistrate judge's report, the Court may accept the recommendation so long as there is no clear error on the face of the

CASE NO. 22-81364-CIV-CANNON/Reinhart

record. *Macort*, 208 F. App'x at 784. Legal conclusions are reviewed de novo, even in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

The Court has conducted a de novo review of the Report and the record and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the Report to be well reasoned and correct. The Court therefore agrees with the analysis in the Report and concludes that the Motion [ECF No. 8] should be **GRANTED** and the Complaint [ECF No. 1] **DISMISSED** for lack of Article III standing.

## CONCLUSION

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 15] is **ACCEPTED**.
2. Defendant's Motion to Dismiss [ECF No. 8] is **GRANTED**.
3. Plaintiffs' Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.
4. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 6th day of January 2023.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record